IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| QU-SOFT LLC, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-20-CV-0640-LY |
| | § | |
| DOMINION SIDING, INC., | § | |
|     DEFENDANT. | § | |
| | § | |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss or, In the Alternative, To Transfer and Brief in Support filed July 20, 2020 (Doc. #5), Plaintiff Qu-Soft, LLC's Response to Motion to Dismiss filed August 3, 2020 (Doc. #7), and Defendant's Reply In Support of Its Motion To Dismiss filed August 10, 2020 (Doc. #8) are **REFERRED** to United States Magistrate Judge Mark Lane for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this __12TH__ day of August, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE